IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2008 JAN 29  A 11: 45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | CIVIL ACTION NO. 1:08-CV-64-WKW |
| ) | |
| ROBERT D. GOFF, a/k/a    ) | |
| R. D. GOFF, a/k/a    ) | |
| ROBERT GOFF,    ) | |
| ) | |
| Defendant    ) | |

COMPLAINT

The Plaintiff, United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, for cause of action alleges:

1.  The United States brings this civil action under the Federal Debt Collection Procedures

Act of 1990, Title 28, United States Code, Section 3001(a), and common law.

2.  This Court has jurisdiction over this action by virtue of Title 28, United States Code,

Section 1345.

3.  That the defendant, Robert D. Goff, a/k/a R. D. Goff, a/k/a Robert Goff, is a resident of

the Middle District of Alabama.

4.      That the defendant owes plaintiff the total sum of $33,901.75 ($17,154.95 principal,

plus interest in the amount of $16,746.80) as of November 8, 2007, plus interest at the rate of  7

percent per annum thereafter until the date of judgment, according to the Certificate of Indebtedness

and Promissory Notes  attached hereto as Exhibits A through J.

5.    Written demand has been made upon defendant for the amount of this claim, but defendant has failed and refused to make payment thereof.

Wherefore, plaintiff demands judgment against defendant in the amount of $33,901.75, plus interest at the rate of 7 percent per annum from November 9, 2007, to the date of judgment, and interest at the legal rate from the date of judgment until paid in full, for cost of suit and other proper relief.

DATED January ____*28*____, 2008.

LEURA G. CANARY
United States Attorney

By: _____
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail:  **rand.neeley@usdoj.gov**

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS #1 OF 1**

Robert D. Goff
Aka: R. D. Goff,
Robert Goff
187 Acorn Valley Circle
Cottonwood, AL 36320-4436
Account No: 421529861

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 11/08/07.

On or about 08/10/79, 01/04/80, 04/16/80, 08/13/80, 02/11/81, 08/01/81, 01/07/82, 05/20/82 and 09/16/82, the borrower executed promissory note(s) to secure loan(s) of $1,300.00, $1,200.00, $1,250.00, $1,250.00, $1,250.00, $2,500.00, $2,500.00, $2,500.00 and $2,500.00, from Florida Federal Savings and Loan Association (St. Petersburg, FL) at 7.00 percent interest per annum. This loan obligation was guaranteed by Florida Department of Education, Office of Student Financial Assistance and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 08/22/85 and 06/16/86, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $17,161.19 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 07/26/96, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has credited a total of $2,946.19 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $17,154.95 |
| Interest: | $16,746.80 |
| Total debt as of 11/08/07: | $33,901.75 |

Interest accrues on the principal shown here at the rate of $3.29 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: _1/2/08_

Loan Analyst
Litigation Support
San Francisco
Litigation Support Loan Analyst

PLAINTIFF'S EXHIBIT
A
PENGAD 800-631-6989

FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION
ROOM 563 KNOTT BUILDING
TALLAHASSEE, FLORIDA 32304
PROMISSORY NOTE WITH DISCLOSURE

| LENDER | | |
|---|---|---|
| FLA FED. SAVINGS AND LOAN ASSN | | |
| CITY | STATE | |
| ST. PETERSBURG | FL | |

AUG 02 1979

| THIS DATE NEED NOT BE INCLUDED IF IT IS THE SAME AS THE DATE OF THE TRANSACTION | DATE FINANCE CHARGES BEGIN TO ACCRUE | AMOUNT FINANCED | DOCUMENTARY STAMP TAX | PREPAID FINANCE CHARGES (INSURANCE PREMIUMS) | AMOUNT OF LOAN |
|---|---|---|---|---|---|
| | 08/10/79 | $ 1,276.21 | $ 1.95 | $ 21.84 | $ 1,300.00 |

| ANNUAL PERCENTAGE RATE | A) PRIOR TO BEGINNING OF REPAYMENT PERIOD | B) DURING REPAYMENT PERIOD |
|---|---|---|
| | 1/2 % | 7% |

I, ROBERT  D GOFF        -9861 ................................, hereinafter called the "maker," promise to pay to
FLORIDA FEDERAL SAVINGS AND LOAN ASSOCIATION ................... hereinafter called the "lender," located at
POST OFFICE BOX 1509        ST. PETERSBURG  FL ................, the sum of $ 1,300.00 to the extent it is

advanced to me, plus simple interest at the rate of _____ percent per annum on the outstanding balance of such sum and authorized late charges, all reasonable attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to collect from the borrower any portion of the interest which is payable by the U. S. Government or by an escrow agent.

The maker and lender further understand and agree that:

I.   The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of 1965, as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be construed in the light of the Act, Applicable State Law and Federal and State Regulations.

II.  Subject to the following conditions, repayment of outstanding principal and interest, shall be made over a period commencing __12__ months after the date on which the maker ceases to carry, at an "eligible institution," at least one-half the normal full-time academic work load, as determined by such institution, and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period  but  in no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, during the __12__ month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, provided that, in the event that the maker has requested and obtained a repayment period of less than five years, he may at any time, prior to the final repayment of the loan, have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to the commencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement of the repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be made in periodic installments in accordance with either: (1) the terms of a separate instrument which shall be subject to the terms of this note and which the borrower agrees to execute prior to commencement of the repayment period: or (2) a repayment schedule established by the lender prior to the commencement of the repayment period which will be made a part of this note.

III.  The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay to the Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payments covering the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instructions issued by the Commission) shall be due and payable immediately.

IV.  Maker authorizes the lender to disburse the proceeds of this note to an escrow agent on behalf of the maker, for redisbursement to the maker in accordance with instructions issued by the Commission. Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrow agent account but not redisbursed by the escrow agent to or on behalf of the maker.

V.   This note is subject also to the following conditions: **BORROWER MUST EXECUTE REPAYMENT SCHEDULE NO LATER THAN 120 DAYS PRIOR TO THE EXPIRATION OF THE GRACE PERIOD.**

(1)  The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time. In the event of such prepayment, the maker shall be entitled to a rebate of unearned interest computed by ☐ the Sum of Digits Formula (rule of 78ths). ☐ Pro-rata. ☒ Other (Identify). **SIMPLE**

(2)  Periodic installments of principal need not be paid, but interest shall accrue and be payable, (according to regulations) during any period (A) in which the maker is carrying, at an eligible institution, a full-time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved by the Commissioner, (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of three years during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973, (D) at the request of the maker, a single period, not in excess of twelve months, during which the maker is seeking and unable to find full-time employment or (E) not in excess of three years in which the maker serves as a volunteer under the Peace Corps Act. Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment must be made.

(3)  Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment by a maker during any year of the repayment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of all such loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding loans the total combined aggregate annual payment on all such loans by husband and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.

(4)  In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon shall at the option of the lender or any other holder of this note become immediately due and payable.

(5)  In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be cancelled pursuant to regulations issued by the Commission.

(6)  Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at least a half-time student.

(7)  A late charge of 5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days after the due date.

| SIGNATURE (MAKER) | ADDRESS | DATE |
|---|---|---|
| [signature] | 904 NEW CASTLE CT HOLLY HILL    FL 32017 | 08/10/79 |
| Witness my hand and seal My Commission Expires June 1, 1980 bonded by American Fire & Casualty Company Notary Public [signature] Adriana A Wells | ADDRESS 1901 N. Nova Rd Ormond Beh FL 32074 | DATE 7-24-79 |

NOTICE:  THIS NOTE SHALL BE EXECUTED WITHOUT SECURITY   THE LENDER SHALL SUPPLY A COPY OF THIS NOTE WITH DISCLOSURE TO THE MAKER.

FSFAC Form 2 (3/78)

PLAINTIFF'S EXHIBIT D

8 - 2 2   7 9

8 - 2 2   7 9

8 - 2 2   7 9

8 - 2 2   7 9

All right, title, and interest of the undersigned is hereby
assigned (with warranty that this note qualifies
for insurance) to the State of Florida, Department of
Education.

Name of Lender:                         C.        .G.A.

Title of Officer:

Signature of Officer:

Date Signed:            7/18/34

8 - 2 2   7 9

7365

| FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION | LENDER FLA. FED. SAVINGS AND LOAN ASSN |
|---|---|
| ROOM 563 KNOTT BUILDING TALLAHASSEE, FLORIDA 32304 | CITY ST. PETERSBURG    STATE FL |

PROMISSORY NOTE WITH DISCLOSURE

| DATE FINANCE CHARGES BEGIN TO ACCRUE | AMOUNT FINANCED | DOCUMENTARY STAMP TAX | PREPAID FINANCE CHARGES (INSURANCE PREMIUMS) | AMOUNT OF LOAN |
|---|---|---|---|---|
| 01/04/80 | $ 1,180.56 | $ 1.80 | $ 17.64 | $ 1,200.00 |
| ANNUAL PERCENTAGE RATE | | A. PRIOR TO BEGINNING OF REPAYMENT PERIOD 1/2 % | B. DURING REPAYMENT PERIOD 7% | |

I, **ROBERT   D GOFF** ____-9861 _____ hereinafter called the "maker," promise to pay to **FLORIDA FEDERAL SAVINGS AND LOAN ASSOCIATION** _____ hereinafter called the "lender," located at **POST OFFICE BOX 1509     ST. PETERSBURG    FL** _____ the sum of $ **1,200.00** to the extent it is

advanced to me, plus simple interest at the rate of ___ 7 ___ percent per annum on the outstanding balance of such sums and authorized late charges, all reasonable attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to collect from the borrower any portion of the interest which is payable by the U. S. Government or by an escrow agent.

The maker and holder further understand and agree that:

I.    The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of 1965, as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be construed in the light of the Act, Applicable State Law and Federal and State Regulations.

II.    Subject to the following exception, repayment of outstanding principal, and interest, shall be made over a period commencing ___ **12** ___ months after the date on which the maker ceases to carry, at an "eligible institution," at least one-half the normal full-time academic work load, as determined by such institution, and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period but in no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, during the ___ **12** ___ month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, provided that, in the event that the maker has requested and obtained a repayment period of less than five years, he may at any time, prior to the total repayment of the loan, have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to the commencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement of the repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be made in periodic installments in accordance with either: (1) the terms of a separate instrument which shall be subject to the terms of this note and which the borrower agrees to execute prior to commencement of the repayment period; or (2) a repayment schedule established by the lender prior to the commencement of the repayment period which will be made a part of this note.

III.    The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay to the Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payments covering the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instructions issued by the Commission) shall be due and payable immediately.

IV.    Maker authorizes the lender to disburse the proceeds of this note to an escrow agent, on behalf of the maker, for redisbursement to the maker in accordance with instructions issued by the Commission. Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrow agent account but not redisbursed by the escrow agent to or on behalf of the maker.

V.    This note is subject also to the following conditions:    **BORROWER MUST EXECUTE REPAYMENT SCHEDULE NO LATER THAN 120 DAYS PRIOR TO THE EXPIRATION OF THE GRACE PERIOD.**

(1)    The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time. In the event of such prepayment, the maker shall be entitled to rebate of unearned interest computed by ☐ the Sum of Digits Formula (rule of 78ths). ☐ Pro-rata. ☒ Other (Identify). **SIMPLE**

(2)    Periodic installments of principal need not be paid, but interest shall accrue and be payable (according to regulations) during any period (A) in which the maker is carrying, at an eligible institution, a full-time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved by the Commissioner, (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of three years during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973. (D) at the request of the maker, a single period, not in excess of twelve months, during which the maker is seeking and unable to find full-time employment or (E) not in excess of three years in which the maker serves as a volunteer under the Peace Corps Act. Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment must be made.

(3)    Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment by a maker during any year of the repayment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of all such loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding insured loans the total combined aggregate annual payment on all such loans by husband and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.

(4)    In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon shall at the option of the lender or any other holder of this note become immediately due and payable.

(5)    In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be canceled pursuant to regulations issued by the Commissioner.

(6)    Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at least a half-time student.

(7)    A late charge of 5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days after the due date.

| SIGNATURE — MAKER | ADDRESS 904 NEW CASTLE CT HOLLY HILL    FL 32017 | DATE 01/04/80 |
|---|---|---|
| XXXXXXXXXXXXX Witness my hand and seal | ADDRESS | DATE 7-24-79 |
| Notary Public, State of Florida at Large My Commission Expires June 1, 1980 | Patricia A. Wills    Notary Public    1901 N Nova Rd Ormond Bch, Fl 32074 | |

NOTICE: THIS NOTE SHALL BE EXECUTED WITHOUT SECURITY. THE LENDER SHALL SUPPLY A COPY OF THIS NOTE WITH DISCLOSURE TO THE MAKER.

FSFAC

PLAINTIFF'S EXHIBIT C    PENGAD 800-631-6989

All right, title, and interest of the undersigned is hereby
assigned (with out warranty, except that the note qualifies
for insurance) to the State of Florida, Department of
Education.

Name of Lender        ......... N.A.

Lender's Address      Washington

Signature of Officer  _____

Date Signed           21, 3/84

7365

FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION
ROOM 563 KNOTT BUILDING
TALLAHASSEE, FLORIDA 32304
PROMISSORY NOTE WITH DISCLOSURE

APR 04 1980

| | | | | |
|---|---|---|---|---|
| LENDER | FLA FED. SAVINGS AND LOAN ASSN | | | |
| CITY | ST. PETERSBURG | STATE | FL | |
| DATE FINANCE CHARGES BEGIN TO ACCRUE | AMOUNT FINANCED | DOCUMENTARY STAMP TAX | PREPAID FINANCE CHARGES (INSURANCE PREMIUMS) | AMOUNT OF LOAN |
| 04/16/80 | $ 1,237.55 | $ 1.95 | $ 10.50 | $ 1,250.00 |
| ANNUAL PERCENTAGE RATE | A. PRIOR TO BEGINNING OF REPAYMENT PERIOD: 1/2 % | | B. DURING REPAYMENT PERIOD: 7% | |

I, ROBERT D GOFF ...9861, hereinafter called the "maker," promise to pay to FLORIDA FEDERAL SAVINGS AND LOAN ASSOCIATION, hereinafter called the "lender," located at POST OFFICE BOX 1509 ST. PETERSBURG FL, the sum of $ 1,250.00 to the extent it is advanced to me, plus simple interest at the rate of 7 percent per annum on the outstanding balance of such sum and authorized late charges, all reasonable attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to collect from the borrower any portion of the interest which is payable by the U. S. Government or by an escrow agent.

The maker and lender further understand and agree that:

I. The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of 1965, as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be construed in the light of the Act, Applicable State Law and Federal and State Regulations.

II. Subject to the following exception, repayment of outstanding principal, and interest, shall be made over a period commencing 12 months after the date on which the maker ceases to carry, at an "eligible institution," at least one-half the normal full-time academic work load, as determined by such institution, and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period, but in no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, during the 12 month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, provided that, in the event that the maker has requested and obtained a repayment period of less than five years, he may at any time, prior to the total repayment of the loan, have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to the commencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement of the repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be made in periodic installments in accordance with either: (1) the terms of a separate instrument which shall be subject to the terms of this note and which the borrower agrees to execute prior to commencement of the repayment period; or (2) a repayment schedule established by the lender prior to the commencement of the repayment period which shall be made a part of this note.

III. The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay to the Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payments covering the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instructions issued by the Commission) shall be due and payable immediately.

IV. Maker authorizes the lender to disburse the proceeds of this note to an escrow agent, on behalf of the maker, for redisbursement to the maker in accordance with instructions issued by the Commission. Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrow agent account but not redisbursed by the escrow agent to or on behalf of the maker.

V. This note is subject also to the following conditions:

(1) The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time. In the event of such prepayment, the maker shall be entitled to rebate of unearned interest computed by ☐ the Sum of Digits Formula (rule of 78ths). ☐ Pro-rata ☒ Other (Identify). SIMPLE

(2) Periodic installments of principal need not be paid, but interest shall accrue and be payable, (according to regulations) during any period (A) in which the maker is carrying, at an eligible institution, a full-time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved by the Commissioner, (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of three years during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973, (D) at the request of the maker, a single period, not in excess of twelve months, during which the maker is seeking and unable to find full time employment or (E) not in excess of three years in which the maker serves as a volunteer under the Peace Corps Act. Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment must be made.

(3) Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment by a maker during any year of the repayment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of all such loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding insured loans the total combined aggregate annual payment on all such loans by husband and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.

(4) In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon shall at the option of the lender or any other holder of this note become immediately due and payable.

(5) In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be canceled pursuant to regulations issued by the Commissioner.

(6) Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at least a half-time student.

(7) A late charge of 5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days after the due date.

| SIGNATURE (MAKER) | ADDRESS | DATE |
|---|---|---|
| [signature] | 904 NEW CASTLE CT HOLLY HILL FL 32017 | 04/16/80 |
| XXXXXXXXXXXXXXXX WITNESS MY HAND AND SEAL Merrilee Johanssen NOTARY PUBLIC | 112 Mitchell Rd. Daytona Bch, Fla | 3/31/80 |

NOTICE: THIS NOTE SHALL BE EXECUTED WITHOUT SECURITY. THE LENDER SHALL SUPPLY A COPY OF THIS NOTE WITH DISCLOSURE TO THE MAKER.

FSLAC Form 2 (3/78)

PLAINTIFF'S EXHIBIT D

PENGAD 800-631-6989

All right, title, and interest of the undersigned is hereby
assigned (with a warranty, except that the note qualifies
for insurance) to the State of Florida, Department of
Education.

Name of Lender: _____ , N.A.

Title of Officer: _____

Signature of Officer: _____

Date Signed: _____

7365

FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION
DEPARTMENT OF EDUCATION
TALLAHASSEE, FLORIDA 32304

PROMISSORY NOTE WITH DISCLOSURE

| LENDER | | |
|---|---|---|
| FLA. FED. SAVINGS AND LOAN ASSN | | |
| CITY ST. PETERSBURG | STATE FL | |

| DATE FINANCE CHARGES BEGIN TO ACCRUE | FINANCE CHARGES | AMOUNT FINANCED | DOCUMENTARY STAMP TAX | PREPAID FINANCE CHARGES (INSURANCE PREMIUMS) | AMOUNT OF LOAN |
|---|---|---|---|---|---|
| 08/13/80 | $ 1,239.65 | | $ 1.75 | $ 8.40 | $ 1,250.00 |
| | | | AT PRIOR TO BEGINNING OF REPAYMENT PERIOD | AT BEGINNING OF REPAYMENT PERIOD | |

| ANNUAL PERCENTAGE RATE | | |
|---|---|---|
| 1/2% | 7% | |

ROBERT    D GOFF                    9861
FLORIDA FEDERAL SAVINGS AND LOAN ASSOCIATION
POST OFFICE BOX 1509        ST. PETERSBURG    FL

the sum of $ 1,250.00

I. The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of 1965, as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be construed in the light of the Act, Applicable State Law and Federal and State Regulations.

II. Subject to the following exception, repayment of outstanding principal and interest, shall be made over a period commencing _____ 12 _____ months after the date on which the maker ceases to carry, at an eligible institution, at least one-half the normal full-time academic work load, as determined by such institution and (except when paragraph V (3) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period, but in no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, during the 12 _____ month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration...

V. This note is subject also to the following conditions:

(1) The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time...  ☐ the Sum of Digits Formula (rule of 78ths), ☐ Prorata, ☐ Other (identify). **SIMPLE**

| SIGNATURE (MAKER) | ADDRESS | DATE |
|---|---|---|
| | 904 NEW CASTLE CT HOLLY HILL    FL 32017 | 08/13/80 |
| XXXXXXXXXXXXXXXX WITNESS MY HAND AND SEAL NOTARY PUBLIC | ADDRESS 112 Mitchell Place Daytona Bch Fla | DATE 3/31/80 |

NOTICE: THIS NOTE SHALL BE EXECUTED WITHOUT SECURITY. THE MAKER

Florida documentary taxes of 0.0 by law in the amount shown above are affixed to the monthly journal & cancelled.

FSFAC Form 2 (12-78)

PLAINTIFF'S EXHIBIT
E

PENGAD 800-631-6989

All right, title, and interest of the undersigned is hereby
assigned (without warranty, except that the note qualifies
for insurance) to the State of Illinois, Department of
Education.

Name of Lender:                     ... ... ... , N.A.

Title of Officer:           ... ... ...

Signature of Officer: _____

Date Signed: _____ 7/31/ ___

GSLP # 202-0007365    6265

| FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION<br>ROOM 563 KNOTT BUILDING<br>TALLAHASSEE, FLORIDA 32304<br>PROMISSORY NOTE WITH DISCLOSURE | LENDER FLA. FED. SAVINGS AND LOAN ASSN |
|---|---|
| FEB 23 1981 | CITY ST. PETERSBURG    STATE FL |

| THIS DATE NEED NOT BE INCLUDED IF IT IS THE SAME AS THE DATE OF THE TRANSACTION<br>DATE FINANCE CHARGES BEGIN TO ACCRUE<br>02/11/81 | AMOUNT FINANCED<br>$ 1,242.80 | DOCUMENTARY STAMP TAX<br>$ 1.95 | PREPAID FINANCE CHARGES (INSURANCE PREMIUMS)<br>$ 5.25 | AMOUNT OF LOAN<br>$ 1,250.00 |
|---|---|---|---|---|
| ANNUAL PERCENTAGE RATE | | A) PRIOR TO BEGINNING OF REPAYMENT PERIOD<br>1/2 % | B) DURING REPAYMENT PERIOD<br>7% | |

I.   ROBERT GOFF                               -9861 _____, hereinafter called the "maker," promise to pay to FLORIDA FEDERAL SAVINGS AND LOAN ASSOCIATION _____, hereinafter called the "lender," located at POST OFFICE BOX 1509        ST. PETERSBURG  FL _____, the sum of $ 1,250.00 to the extent it is advanced to me, plus simple interest at the rate of _____ 1 _____ percent per annum on the outstanding balance of such sum and authorized late charges, all reasonable attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to collect from the borrower any portion of the interest which is payable by the U. S. Government or by an escrow agent.

The maker and lender further understand and agree that:

I.    The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of 1965, as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be construed in the light of the Act. Applicable State Law and Federal and State Regulations.

II.   Subject to the following exception, repayment of outstanding principal, and interest, shall be made over a period commencing ____ 12 ____ months after the date on which the maker ceases to carry, at an "eligible institution," at least one-half the normal full-time academic work load, as determined by such institution, and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment  period  but  in no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, during the ____ 12 ____ month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, provided that, in the event that the maker has requested and obtained a repayment period of less than five years, he may at any time, prior to the total repayment of the loan, have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to the commencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement of the repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be made in periodic installments in accordance with either: (1) the terms of a separate instrument which shall be subject to the terms of this note and which the borrower agrees to execute prior to commencement of the repayment period; or (2) a repayment schedule established by the lender prior to the commencement of the repayment period which will be made a part of this note.

III.   The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay to the Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payments covering the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instructions issued by the Commission) shall be due and payable immediately.

IV.   Maker authorizes the lender to disburse the proceeds of this note to an escrow agent, on behalf of the maker, for redisbursement to the maker in accordance with instructions issued by the Commission. Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrow agent account but not redisbursed by the escrow agent to or on behalf of the maker.

V.    This note is subject also to the following conditions:

(1)   The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time.  In the event of such prepayment, the maker shall be entitled to rebate of unearned interest computed by ☐ the Sum of Digits Formula (rule of 78ths). ☐ Pro-rata ☑ Other (Identify).    SIMPLE

(2)   Periodic installments of principal need not be paid, but interest shall accrue and be payable, (according to regulations) during any period (A) in which the maker is carrying, at an eligible institution, a full-time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved by the Commissioner, (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of three years during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973, (D) at the request of the maker, a single period, not in excess of twelve months, during which the maker is seeking and unable to find full-time employment, or (E) not in excess of three years in which the maker serves as a volunteer under the Peace Corps Act. Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment must be made.

(3)   Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment by a maker during any year of the repayment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of all such loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding insured loans the total combined aggregate annual payment on all such loans by husband and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.

(4)   In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon shall at the option of the maker or any other holder of this note become immediately due and payable.

(5)   In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be canceled pursuant to regulations issued by the Commissioner.

(6)   Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at least a half-time student.

(7)   A late charge of 5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days after the due date.

| SIGNATURE (MAKER)<br><br>XXXXXXXXXXXXXXXX WITNESS MY HAND<br>Neville Johnson AND SEAL<br>NOTARY PUBLIC | ADDRESS ROBERT GOFF<br>904 NEW CASTLE COURT<br>HOLLY HILL FL   32017 | DATE<br><br>02/11/81 |
|---|---|---|
| | ADDRESS Eau / D. B. FL<br>/ 32014 | DATE 2-18-81 |

Notary Public, State of Florida at Large<br>My Commission Expires March 14, 198_<br>Bonded by American Fire & Casualty Company

NOTICE: THIS NOTE SHALL BE EXECUTED WITHOUT SECURITY.  THE LENDER SHALL SUPPLY A COPY OF THIS NOTE WITH DISCLOSURE TO FLORIDA DOCUMENTARY STAMPS REQUIRED BY LAW IN THE AMOUNT OF 1.95 ARE AFFIXED TO MONTHLY JOURNAL AND CANCELLED.

PLAINTIFF'S EXHIBIT F<br>PENGAD 800-631-6989

All interest of the undersigned is hereby
warranty, except that the note qualifies for
insurance to the State of Florida, Department of

__Citibank (N.S.) N.A.__

X   9   X  2   H 1

~~Raye Perez~~
Coordinator

__1/5/82__

X   9   X  2   8 1

X   9   X  2   H 1

All right, title, and interest of the undersigned is hereby
assigned (without warranty, except that the note qualifies
for insurance) to the State of Florida, Department of
Education.

Name of Lender:          Citibank (N.S.), N.A.      X   9   X  2   H 1

Title of Officer:

Signature of Officer:

Date Signed:             2/18/84

All right, title, and interest of the undersigned
is hereby  assigned (without warranty, except
the note qualifies for insurance) to the Florida State
Financial Assistance Commission.

Name of Lender:

Title of Officer:        Citibank (N.S.), N.A.
                         Manager

Signature of Officer:

Date Signed:

X   9   X  2   H 1

GSLP # 202-

**FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION**
**KNOTT BUILDING**
**TALLAHASSEE, FLORIDA 32301** AUG 1981
**PROMISSORY NOTE WITH DISCLOSURE**

| LENDER FLA. FED. SAVINGS AND LOAN ASSN |
| CITY ST. PETERSBURG    STATE FL |

| (THIS DATE NEED NOT BE INCLUDED IF IT IS THE SAME AS THE DATE OF THE TRANSACTION) | DATE FINANCE CHARGES BEGIN TO ACCRUE | AMOUNT FINANCED | DOCUMENTARY STAMP TAX | PREPAID FINANCE CHARGES (INSURANCE PREMIUMS) | AMOUNT OF LOAN |
|---|---|---|---|---|---|
| | 08/01/31 | $ 2,471.05 | $ 3.75 | $ 25.20 | $ 2,500.00 |

ANNUAL PERCENTAGE RATE

| A) PRIOR TO BEGINNING OF PREPAYMENT PERIOD 1/2 % | B) DURING REPAYMENT PERIOD 7% |

I, ROBERT GOFF                          -98 1                          , hereinafter called the "maker," promise to pay to
FLORIDA FEDERAL SAVINGS AND LOAN ASSOCIATION                          hereinafter called the "lender," located at
POST OFFICE BOX 1509     ST. PETERSBURG    FL     , the sum of $ 2,500.00 to the extent it is

advanced to me, plus simple interest at the rate of _____ percent per annum on the outstanding balance of such sum and authorized late charges, all reasonable attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to collect from the borrower any portion of the interest which is payable by the U. S. Government or by an escrow agent.

The maker and lender further understand and agree that:

I.   The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of 1965, as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be construed in the light of the Act, Applicable State Law and Federal and State Regulations.

II.   Subject to the following exception, repayment of outstanding principal, and interest, shall be made over a period commencing _____ 12 _____ months after the date on which the maker ceases to carry, at an "eligible institution," at least one-half the normal full-time academic work load, as determined by such institution, and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period but in no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, during the _____ 12 _____ month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, provided that, in the event that the maker has requested and obtained a repayment period of less than five years, he may at any time, prior to the total repayment of the loan, have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to the commencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement of the repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be made in periodic installments in accordance with either: (1) the terms of a separate instrument which shall be subject to the terms of this note and which the borrower agrees to execute prior to commencement of the repayment period: or (2) a repayment schedule established by the lender prior to the commencement of the repayment period which will be made a part of this note.

III.   The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay to the Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payment covering the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instructions issued by the Commission) shall be due and payable immediately.

IV.   Maker authorizes the lender to disburse the proceeds of this note to an escrow agent, on behalf of the maker, for redisbursement to the maker in accordance with instructions issued by the Commission. Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrow agent account but not redisbursed by the escrow agent to or on behalf of the maker.

V.   This note is subject also to the following conditions:

(1)   The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time. In the event of such prepayment, the maker shall be entitled to a rebate of unearned interest computed by ☐ the Sum of Digits Formula (rule of 78ths). ☐ Pro-rata ☑ Other (Identify). SIMPLE

(2)   Periodic installments of principal need not be paid, but interest shall accrue and be payable, (according to regulations) during any period (A) in which the maker is carrying, at an eligible institution, a full-time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved by the Commissioner, (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of three years during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973. (D) at the request of the maker, a single period, not in excess of twelve months, during which the maker is seeking and unable to find full-time employment or (E) not in excess of three years in which the maker serves as a volunteer under the Peace Corps Act. Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment must be made.

(3)   Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment by a maker during any year of the repayment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of all such loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding insured loans the total combined aggregate annual payment on all such loans by husband and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.

(4)   In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon shall at the option of the lender or any other holder of this note become immediately due and payable.

(5)   In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be canceled pursuant to regulations issued by the Commissioner.

(6)   Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at least a half-time student.

(7)   A late charge of 5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days after the due date.

| SIGNATURE (MAKER) | ADDRESS ROBERT GOFF 313 TAYLOR AVE DAYTONA BEACH FL 32014 | DATE 08/01/31 |
|---|---|---|
| XXXXXXXXXXXXXXXXX WITNESS MY HAND AND SEAL NOTARY PUBLIC Sue Walters | ADDRESS ERAU Daytona Beach FL NOTARY PUBLIC STATE OF FLORIDA AT LARGE MY COMMISSION EXPIRES OCT. 25, 1981 Bonded thru General Insurance Underwriters | DATE 7-31-81 |

NOTICE: THIS NOTE SHALL BE EXECUTED WITHOUT SECURITY. THE LENDER SHALL SUPPLY A COPY OF THIS NOTE WITH DISCLOSURE TO THE MAKER. FLORIDA DOCUMENTARY STAMPS REQUIRED BY LAW IN THE AMOUNT 3.75 ARE AFFIXED TO MONTHLY JOURNAL AND CANCELLED.

FSFAC Form 2 (5/81)

PLAINTIFF'S
EXHIBIT
6
PENGAD 800-631-6989

- 8 - 1 4 - 8 1

X 9  2 1   8 2

- 8 - 1 4 - 8 1

X 9  2 1   8 2

- 8 - 1 4 - 8 1

X 9  2 1   8 2

"PAY TO THE ORDER OF THE STATE OF
FLORIDA, DEPARTMENT OF EDUCATION,
WITHOUT RECOURSE ON US,
OR ANY OF US."

FLORIDA FEDERAL SAVINGS & LOAN ASSO.
Name of Lender

- 8 - 1 4 - 8 1     By

X 9  2 1   8 2     DIANA F. WOLF
STUDENT LOAN SUPERVISOR
Name & Title of Authorized Officer

MAR 0 6 1985

Date

- 8 - 1 4 - 8 1

X 9  2 1   8 2

GSLP # 20

FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION
KNOTT BUILDING
TALLAHASSEE, FLORIDA 32301   AUG 3 1981
PROMISSORY NOTE WITH DISCLOSURE

| LENDER | | |
|---|---|---|
| FLA FED. SAVINGS AND LOAN ASSN | | |
| CITY | | STATE |
| ST. PETERSBURG | | FL |

| (THIS DATE NEED NOT BE INCLUDED IF IT IS THE SAME AS THE DATE OF THE TRANSACTION) | DATE FINANCE CHARGES BEGIN TO ACCRUE | AMOUNT FINANCED | DOCUMENTARY STAMP TAX | PREPAID FINANCE CHARGES (INSURANCE PREMIUMS) | AMOUNT OF LOAN |
|---|---|---|---|---|---|
| | 01/07/82 | $ 2,476.30 | $ 3.75 | $ 19.95 | $ 2,500.00 |

| ANNUAL PERCENTAGE RATE | A) PRIOR TO BEGINNING OF REPAYMENT PERIOD | B) DURING REPAYMENT PERIOD |
|---|---|---|
| | 8 1/2 % | 7% |

I, ROBERT GOFF                    2861                            , hereinafter called the "maker," promise to pay to
FLORIDA FEDERAL SAVINGS AND LOAN ASSOCIATION             , hereinafter called the "lender," located at
POST OFFICE BOX 1509        ST. PETERSBURG   FL        , the sum of $ 2,500.00 to the extent it is

advanced to me, plus simple interest at the rate of _____7_____ percent per annum on the outstanding balance of such sum and authorized late charges, all reasonable attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to collect from the borrower any portion of the interest which is payable by the U. S. Government or by an escrow agent.

The maker and lender further understand and agree that:

I.   The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of 1965, as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be construed in the light of the Act. Applicable State Law and Federal and State Regulations.

II.   Subject to the following exception, repayment of outstanding principal, and interest, shall be made over a period commencing _____12_____ months after the date on which the maker ceases to carry, at an "eligible institution," at least one-half the normal full-time academic work load, as determined by such institution, and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period  but  in no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION:   The maker and lender, during the _____12_____ month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, provided that, in the event that the maker has requested and obtained a payment period of less than five years, he may at any time, prior to the total repayment of the loan, have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to the commencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement of the repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be made in periodic installments in accordance with either:   (1) the terms of a separate instrument which shall be subject to the terms of this note and which the borrower agrees to execute prior to commencement of the repayment period;  or (2) a repayment schedule established by the lender prior to the commencement of the repayment period which will be made a part of this note.

III.   The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay to the Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payments covering the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instructions issued by the Commission) shall be due and payable immediately.

IV.   Maker authorizes the lender to disburse the proceeds of this note to an escrow agent, on behalf of the maker, for redisbursement to the maker in accordance with instructions issued by the Commission.   Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrow agent account but not redisbursed by the escrow agent to or on behalf of the maker.

V.   This note is subject also to the following conditions:

(1)   The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time.  In the event of such prepayment, the maker shall be entitled to rebate of unearned interest computed by ☐ the Sum of Digits Formula (rule of 78ths). ☐ Pro-rata ☑ Other (Identify).   SIMPLE

(2)   Periodic installments of principal need not be paid, but interest shall accrue and be payable, (according to regulations) during any period (A) in which the maker is carrying, at an eligible institution, a full-time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved by the Commissioner, (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of three years during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973, (D) at the request of the maker, a single period, not in excess of twelve months, during which the maker is seeking and unable to find full-time employment or (E) not in excess of three years in which the maker serves as a volunteer under the Peace Corps Act.  Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment must be made.

(3)   Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment by a maker during any year of the repayment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of all such loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding insured loans the total combined aggregate annual payment on all such loans by husband and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.

(4)   In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon shall at the option of the lender or any other holder of this note become immediately due and payable.

(5)   In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be canceled pursuant to regulations issued by the Commissioner.

(6)   Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at least a half-time student.

(7)   A late charge of 5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days after the due date.

| SIGNATURE (MAKER) | ADDRESS ROBERT GOFF 313 TAYLUR AVE DAYTONA BEACH FL   32014 | DATE 01/07/82 |
|---|---|---|
| XXXXXXXXXXXXXXXX WITNESS MY HAND AND SEAL Sue Walters NOTARY PUBLIC | ADDRESS ERAU Daytona Bch Fl NOTARY PUBLIC, STATE OF FLORIDA AT LARGE MY COMMISSION EXPIRES OCT. 25, 1981 | DATE 7-31-81 |

NOTICE:   THIS NOTE SHALL BE EXECUTED WITHOUT SECURITY.   THE LENDER SHALL SUPPLY A COPY OF THIS NOTE WITH DISCLOSURE TO THE MAKER.   FLORIDA DOCUMENTARY STAMPS REQUIRED BY LAW IN THE AMOUNT OF

FSFAC Form 2 (5/81)

3.75 ARE AFFIXED TO MONTHLY JOURNAL AND CANCELLED.

PLAINTIFF'S EXHIBIT

PENGAD 800-631-6989

X 9  2 1  8 2

X 1   X 5   8 2

X 9   2 1   8 2

X 1   X 5   8 2

X 9  2 1   8 2

X 1   X 5   8 2

X 9   2 1   8 2

X 1   X 5   8 2

Diana F. Wolf

DIANA F. WOLF
STUDENT LOAN SUPERVISOR

MAR 0 6 1985

X 9   2 1   8 2

X 1   X 5   8 2

GSLP # 202-0007385

FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION
KNOTT BUILDING
TALLAHASSEE, FLORIDA 32301

**PROMISSORY NOTE WITH DISCLOSURE**

| LENDER |
|---|
| FLA FED. SAVINGS AND LOAN ASSN |
| CITY ST. PETERSBURG   STATE FL |

| DATE FINANCE CHARGES BEGIN TO ACCRUE | AMOUNT FINANCED | DOCUMENTARY STAMP | PREPAID FINANCE CHARGES | AMOUNT OF LOAN |
|---|---|---|---|---|
| 05/20/82 | $ 2,351.30 | $ 3.75 | $ 144.95 ** | $ 2,500.00 |
| | A) PRIOR TO BEGINNING OF REPAYMENT PERIOD | | B) DURING REPAYMENT PERIOD | |

ANNUAL PERCENTAGE RATE .50 %                                                    7%

** INCLUDES $19.95 INSURANCE PREMIUM AND $125.00 ORIGINATION FEE

1. ROBERT GOFF _____ 9861 _____, hereinafter called the "maker," promise to pay to
FLORIDA FEDERAL SAVINGS AND LOAN ASSOCIATION _____, hereinafter called the "lender," located at
POST OFFICE BOX 1509       ST. PETERSBURG   FL _____ the sum of $ 2,500.00 to the extent it is

advanced to me, plus simple interest at the rate of ___7___ percent per annum on the outstanding balance of such sum and authorized late charges, all reasonable attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to collect from the borrower any portion of the interest which is payable by the U.S. Government or by an escrow agent.

The maker and lender further understand and agree that:

I. The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of 1965, as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be construed in the light of the Act, Applicable State Law and Federal and State Regulations.

II. Subject to the following exception, repayment of outstanding principal, and interest, shall be made over a period commencing ___12___ months after the date on which the maker ceases to carry, at an "eligible institution," at least one-half the normal full-time academic work load, as determined by such institution, and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period but in no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, during the ___12___ month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, provided that, in the event that the maker has requested and obtained a repayment period of less than five years, he may at any time, prior to the total repayment of the loan, have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to the commencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement of the repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be made in periodic installments in accordance with either: (1) the terms of a separate instrument which shall be subject to the terms of this note and which the borrower agrees to execute prior to commencement of the repayment period; or (2) a repayment schedule established by the lender prior to the commencement of the repayment period which will be made a part of this note.

III. The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay to the Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payments covering the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instructions issued by the Commission) shall be due and payable immediately.

IV. Maker authorizes the lender to disburse the proceeds of this note to an escrow agent on behalf of the maker, for reimbursement to the maker in accordance with instructions issued by the Commission. Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrow agent account but not redisbursed by the escrow agent to or on behalf of the maker.

V. This note is subject also to the following conditions:

(1) The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time. In the event of such prepayment, the maker shall be entitled to rebate of unearned interest computed by ☐the Sum of Digits Formula (rule of 78ths). ☐Pro-rata ☐Other (Identify). **SIMPLE**

(2) Periodic installments of principal need not be paid, but interest shall accrue and be payable, (according to regulations) during any period (A) in which the maker is carrying, at an eligible institution, a full-time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved by the Commissioner, (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of three years during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973, (D) at the request of the maker, a single period, not in excess of twelve months, during which the maker is seeking and unable to find full-time employment or (E) not in excess of three years in which the maker serves as a volunteer under the Peace Corps Act. Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment is to be made.

(3) Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment during any year of the repayment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of all such loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding insured loans the total combined aggregate annual payment on all such loans by his band and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.

(4) In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon shall at the option of the lender or any other holder of this note become immediately due and payable.

(5) In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be cancelled pursuant to regulations issued by the Commissioner.

(6) Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at least a half-time student.

(7) A late charge of 5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days after the due date.

(8) THE ORIGINATION FEE EQUALS 5.0% OF THE AMOUNT OF THE LOAN

| SIGNATURE (MAKER) | ADDRESS | DATE |
|---|---|---|
| | ROBERT GOFF | |
| | 313 TAYLOR AVE | |
| XXXXXXXXXXXXXX WITNESS MY HAND | DAYTONA BEACH FL | 05/20/82 |
| AND SEAL | ADDRESS 32014 | DATE |
| Belinda Swann NOTARY PUBLIC | NOTARY PUBLIC STATE OF FLORIDA MY COMMISSION EXPIRES MAR 3 1986 BONDED THRU GENERAL INS. UNDERWRITERS | 4-2-82 |

NOTICE: THIS NOTE SHALL BE EXECUTED WITHOUT SECURITY. THE LENDER SHALL SUPPLY A COPY OF THIS NOTE WITH DISCLOSURE TO THE MAKER.

FSFAC Form 2 (5/81)

FLORIDA DOCUMENTARY STAMP TAX REQUIRED BY LAW IN THE AMOUNT OF $3.75 HAS BEEN PAID OR WILL BE PAID DIRECTLY TO THE DEPARTMENT OF REVENUE. CERTIFICATE OF REGISTRATION #59-0433020-62-01.

PLAINTIFF'S EXHIBIT
PENGAD 800-631-6989

X 9   21   8 2

X 9   21   8 2

X 9   21   8 2

X 9   21   8 2

PAY TO THE ORDER OF THE STATE OF
FLORIDA DEPARTMENT OF EDUCATION,
WITHOUT RECOURSE ON US,
OR ANY OF US.

FLORIDA FEDERAL SAVINGS & LOAN ASSOC.
Name of Lender

By Diana F. Wolf
Signature of Authorized Officer
DIANA F. WOLF
STUDENT LOAN SUPERVISOR
Name & Title of Authorized Officer

MAR 0 6 1985
Date

D/E

Apr. 3, 1942

X 9   21   8 2

GSLP # -202-0007365-

FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION
KNOTT BUILDING
TALLAHASSEE, FLORIDA 32301
PROMISSORY NOTE WITH DISCLOSURE

| | | LENDER FLA. FED. SAVINGS AND LOAN ASSN |
| | | CITY ST. PETERSBURG  STATE FL |

| THIS DATE NEED NOT BE INCLUDED IF IT IS THE SAME AS THE DATE OF THE TRANSACTION DATE FINANCE CHARGES BEGIN TO ACCRUE 09/16/82 | AMOUNT FINANCED $ 2,355.50 A) PRIOR TO BEGINNING OF REPAYMENT PERIOD | DOCUMENTARY STAMP TAX $ 3.75 | PREPAID FINANCE CHARGES XXXXXXXXXXXX $ 140.75 ** B) DURING REPAYMENT PERIOD | AMOUNT OF LOAN $ 2,500.00 |

ANNUAL PERCENTAGE RATE ————▶   .50 %                                        7%

** INCLUDES $15.75 INSURANCE PREMIUM AND $125.00 ORIGINATION FEE

I. ROBERT GOFF                                    -9861                          , hereinafter called the "maker," promise to pay to
FLORIDA FEDERAL SAVINGS AND LOAN ASSOCIATION                , hereinafter called the "lender," located at
POST OFFICE BOX 1509        ST. PETERSBURG   FL       , the sum of $   2,500.00 to the extent it is

advanced to me, plus simple interest at the rate of ___7___ percent per annum on the outstanding balance of such sum and authorized late charges, all reasonable attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to collect from the borrower any portion of the interest which is payable by the U. S. Government or by an escrow agent.

The maker and lender further understand and agree that:

I.  The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of 1965, as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be construed in the light of the Act, Applicable State Law and Federal and State Regulations.

II.  Subject to the following exception, repayment of outstanding principal, and interest, shall be made over a period commencing ___12___ months after the date on which the maker ceases to carry, at an "eligible institution," at least one-half the normal full-time academic work load, as determined by such institution, and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period but in no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, during the ___12___ month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, provided that, in the event that the maker has requested and obtained a repayment period of less than five years, he may at any time, prior to the total repayment of the loan, have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to the commencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement of the repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be made in periodic installments in accordance with either: (1) the terms of a separate instrument which shall be subject to the terms of this note and which the borrower agrees to execute prior to commencement of the repayment period; or (2) a repayment schedule established by the lender prior to the commencement of the repayment period which will be made a part of this note.

III.  The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay to the Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payments covering the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instructions issued by the Commission) shall be due and payable immediately.

IV.  Maker authorizes the lender to disburse the proceeds of this note to an escrow agent, on behalf of the maker, for redisbursement to the maker in accordance with instructions issued by the Commission. Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrow agent account but not redisbursed by the escrow agent to or on behalf of the maker.

V.  This note is subject also to the following conditions:

(1)  The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time.  In the event of such prepayment, the maker shall be entitled to rebate of unearned interest computed by ☐ the Sum of Digits Formula (rule of 78ths). ☐ Pro-rata  ☒ Other (Identify). **SIMPLE**

(2)  Periodic installments of principal need not be paid, but interest shall accrue and be payable, (according to regulations) during any period (A) in which the maker is carrying, at an eligible institution, a full-time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved by the Commissioner, (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of three years during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973, (D) at the request of the maker, a single period, not in excess of twelve months, during which the maker is seeking and unable to find full-time employment or (E) not in excess of three years in which the maker serves as a volunteer under the Peace Corps Act. Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment must be made.

(3)  Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment by maker during any year of the repayment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of all such loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding insured loans the total combined aggregate annual payment on all such loans by husband and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.

(4)  In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon shall at the option of the lender or any other holder of this note become immediately due and payable.

(5)  In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be canceled pursuant to regulations issued by the Commissioner.

(6)  Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at least a half-time student.

(7)  A late charge of .5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days after the due date.

(8) THE ORIGINATION FEE EQUALS 5.0% OF THE AMOUNT OF THE LOAN

| SIGNATURE MAKER | ADDRESS ROBERT GOFF 313 TAYLOR AVE DAYTONA BEACH FL 32014 | DATE 09/16/82 |
| XXXXXXXXXXXXXX WITNESS MY HAND AND SEAL NOTARY PUBLIC Patricia J. Oliveira | ADDRESS Notary Public, State of Florida at Large My Commission Expires Feb. 12, 1983 Bonded by American Fire & Casualty Company | DATE 9/13/82 |

NOTICE:  THIS NOTE SHALL BE EXECUTED WITHOUT SECURITY.  THE LENDER SHALL SUPPLY A COPY OF THIS NOTE WITH DISCLOSURE TO THE MAKER.

FLORIDA DOCUMENTARY STAMP TAX REQUIRED BY LAW IN THE AMOUNT OF 3.75 HAS BEEN PAID OR WILL BE PAID DIRECTLY TO THE DEPARTMENT OF REVENUE. CERTIFICATE OF REGISTRATION #59-0433020-62-01

PLAINTIFF'S EXHIBIT 5

"PAY TO THE ORDER OF THE STATE OF
FLORIDA, DEPARTMENT OF EDUCATION,
WITHOUT RECOURSE ON US,
OR ANY OF US."

FLORIDA FEDERAL SAVINGS & LOAN ASSOC.
Name of Lender

By _____
DIANA A. WOLF
STUDENT LOAN SUPERVISOR

Name & Title of Authorized Officer

MAR 0 6 1985
Date