IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:08CV64-WKW |
| ROBERT D. GOFF, a/k/a R. D. Goff, a/k/a Robert Goff, | ) ) ) |
| Defendant. | ) ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiff, United States of America, in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Dated this the 31st day of January, 2008

                                                LEURA G. CANARY
                                                United States Attorney

By:    /s/ R. Randolph Neeley
        R. RANDOLPH NEELEY
        Assistant United States Attorney
        Bar No. 9083-E56R
        P.O. Box 197
        Montgomery, AL   36101-0197
        Telephone No.:   334-223-7280
        Facsimile No. :   334-223-7201
        **E-mail: rand.neeley@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I certify that I have mailed a copy of same to Defendant addressed as follows:

Robert D. Goff
187 Acorn Valley Circle
Cottonwood, AL   36320-4436

               /s/ R. Randolph Neeley
               Assistant United States Attorney