Robert D. Goff
187 Acorn Valley Circle
Cottonwood, Alabama 36320

February 15, 2008



RECEIVED

2008 FEB 19  A 10: 13

DEBRA P. HACKETT,
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Clerk
U.S. District Court
P.O. Box 711
Montgomery, Alabama 36101

Dear Sir and or Ms.:

Ref: Civil Action No. 1:08-CV-64-WKW

With all due respect, the statement five of the complaint is not true. I have not refused to make payment.

I requested a smaller payment at the beginning of the payment period in early 1980s because the only position I could get as a middle age man was an entry level position as an advertising rep with the New York Times Newspaper Group. The educational requirement for this position was a high school graduate with some college being helpful. The salary was accordingly. I was denied a smaller payment and the Department of Education called my Publisher John Fitzswater, Jr. which in turn stalled and ended my career with the Times. I heard nothing else from the Department of Education until the 1990s.

I made payments to the Department of Education through a law firm in Atlanta, Georgia as per their instructions. After years of paying I asked why wasn't I credited for my payments. I learned that it was a system that lawyers could collect these payments as revenue for themselves and nothing would be credited for the payees. I stopped making the payment and requested an alternative method of payment on May 17, 1999. I was met with more threats. I have lived with these threats since the first one that destroyed my job with the New York Times and again since the 1990s.

It was my decision to return to school late in my life. My decision were reinforced through Embry-Riddle motivational spill and their financial aid department. This mid-life training would have been better served if I took training as a skill tradesman or as a medical or professional occupation that would not be affected by the discrimination that I experienced during my job searches and has continued till this day due to my age. The cost of training would have been less and the benefits for me much greater. Even with Dr. Jack Gordon, Phd., Embry-Riddle Professor statement that courses and degrees offered were "dippty-doos ones" I still graduated with honors showing that I was dedicated in doing an above average job. I also discovered when I could that retired military were placed in positions I was applying for. Only a fool would pay a lawyer to represent them in such a case in the courts of this country.

Even now, there are questionable ethics involving financial aid programs including parties on both sides together with questionable laws which includes a federal law that forgave student loans not paid after ten years. I ask, why didn't the Department of Education accept my request for a payment plan that I could make which they are doing for others in this day and time and if they had accepted the plan I would have not suffered damage to my career with the Times and the loan would have been paid off by now. But, instead I have lived with the threats from the system and have still functioned upholding the law and trying to live the simple life as I have done. But, the Department of Education has waited until my earning power has diminished to a great degree. I am not a Samuel Clemens nor am I a Willie Nelson nor am I a dead Presley. I have a very small earning capability, however I am proud of the way I have continued to live and not give up.

At my age, I live with death daily knowing that my life with quality is quickly coming to an end. I no longer cannot afford the simple enjoyments of life. I can only hope for under-employment andpart time due to my health and age. There are numerous others that went back to school in mid-life, not just to get an education, but to prepare to be qualified to earn a higher salary to enjoy a better life while repaying their student loans. It is not with understanding how our government at times can be so selective how they treat the citizens in times of need. For instance, the concern for mortgage companies in their current problems for making questionable home loans, but yet others like myself are no concern to them.

I duly believe that I did not refused to repay the loan and there is blame on the side of the Department of Education, Embry-Riddle, the program that allowed lawyers to collect from me and keep the funds as their own revenue with out any concern on my behalf and the most blame on myself for attempting to better myself through a formal education by listening to educators instead of taking a trade that would enabled me to make a decent living as a middle age man

If the only alternatives for me in the future is homeless due to another job loss and lack of funds due to the high costs of medical, dental and the necessities of life I am ready to accept death and or prison.

Robert D. Goff

cc: U.S. Department of Justice, U.S. Attorney Middle District of Alabama. P.O. Box 197. Montgomery, Alabama 36104-3429