IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT D. GOFF, )<br>a/k/a R. D. GOFF, )<br>a/k/a ROBERT GOFF, )<br>)<br>Defendant. ) | Case No. 1:08-cv-64-WKW |

## **ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to the Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 22nd day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE