IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>SOUTHERN</u>            DIVISION

| | |
|---|---|
| United States of America_____, | ) RECEIVED |
| | ) |
| Plaintiff, | ) 2008 FEB 27  A 9: 46 |
| | ) CASE NO. 1:08cv00064-WKW |
| v. | ) DEBRA P. HACKETT, CLK |
| Robert D. Goff, a/k/a R. D. Goff, a/k/a Robert Goff_____, | ) U.S. DISTRICT COURT |
| | ) MIDDLE DISTRICT ALA |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Robert D. Goff</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| <u>Reportable Entity</u> | <u>Relationship to Party</u> |
|---|---|
| None | N/A |

<u>2/25/08</u>
Date

<u>[signature] PD Goff</u>
(Signature)

<u>None</u>
(Counsel's Name)

<u>N/A</u>
Counsel for (print names of all parties)

<u>N/A</u>
Address, City, State Zip Code

<u>N/A</u>
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>SOUTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, Robert D. Goff, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. MAIL (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 25th day of Feb., 2008 to:

OFFICE OF THE CLERK
U.S. DISTRICT COURT
P.O. BOX 711
Montgomery, AL 36101-0711

2/25/08
Date

Signature