IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08-CV-64-WKW |
| ) | |
| ROBERT D. GOFF, a/k/a ) | |
| R. D. GOFF, a/k/a ) | |
| ROBERT GOFF, ) | |
| ) | |
| Defendant. ) | |

MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to dismiss the complaint heretofore filed in this case on January 29, 2008, *without prejudice*, on the ground that the case is being returned to the referring agency for further investigation.

Respectfully submitted this   1ˢᵗ   day of   April  , 2008.

                LEURA G. CANARY
                United States Attorney


By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail:  **rand.neeley@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I hereby certify that on   April 1 , 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant:

>Robert D. Goff, a/k/a R. D. Goff, a/k/a Robert Goff
>187 Acorn Valley Circle
>Cottonwood, AL 36320-4436

>s/R. Randolph Neeley
>Assistant United States Attorney

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:08-cv-64-WKW |
| | ) |
| ROBERT D. GOFF, a/k/a | ) |
| R. D. GOFF, a/k/a | ) |
| ROBERT GOFF, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Motion of the United States to Dismiss the Complaint Without Prejudice, filed herein on the  1st  day of  April , 2008, being considered and understood by the Court, it is the Order of the Court that the same be and it is hereby GRANTED, and the complaint heretofore filed on January 29, 2008, is hereby dismissed without prejudice.

DONE this _____ day of   April  , 2008.

_____
UNITED STATES MAGISTRATE JUDGE