IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:08-CV-64-WKW |
| | ) | |
| ROBERT D. GOFF, a/k/a | ) | |
| R.D. GOFF, a/k/a | ) | |
| ROBERT GOFF, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Upon consideration of the *Motion to Dismiss Complaint Without Prejudice* (Doc. #9; April 1, 2008), it is hereby

**ORDERED** that the **Defendant file a response by April 7, 2008** to show any cause why the *Motion* should not be granted.

Done this 2nd day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE