IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   1:08-CV-64-WKW |
| | ) |
| ROBERT D. GOFF, a/k/a | ) |
| R.D. GOFF, a/k/a | ) |
| ROBERT GOFF, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1) this case was referred to the undersigned United States Magistrate Judge for all pretrial proceedings and entry of any orders or recommendation as may be appropriate. (Doc. #7, entered February 22, 2008).

Pending before the Court is Plaintiff United States of America's *Motion to Dismiss Complaint Without Prejudice* (Doc. # 9, filed April 1, 2008). On April 2, 2008, this court issued an order for Defendant to show cause why the motion should not be granted on or before April 7, 2008. *See* Doc. # 10. Defendant has not filed any response in opposition to the dismissal of the case against him without prejudice. Therefore, the court finds the motion for dismissal is due to be granted.

For the foregoing reasons, it is the RECOMMENDATION of the Magistrate Judge that Plaintiff's *Motion to Dismiss Complaint Without Prejudice* (Doc. #9) be **GRANTED.**

*It is further ORDERED that the parties shall file any objections to the said Recommendation by April 21, 2008.* Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 7th day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE